1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:24-cv-03620-WBS-CSK

        IN RE:  STEVEN WAYNE BONILLA

12                                                    No. 2:24-cv-03622-WBS-CSK

13                                                    No. 2:24-cv-03625-WBS-CSK

14                                                    No. 2:24-cv-03627-WBS-CSK

15                                                    No. 2:24-cv-03629-WBS-CSK

16                                                    No. 2:24-cv-03632-WBS-CSK

17                                                    No. 2:24-cv-03636-WBS-CSK

18                                                    No. 2:24-cv-03644-WBS-CSK

19                                                    No. 2:24-cv-03645-WBS-CSK

20                                                    No. 2:24-cv-03646-WBS-CSK

21

22

23                                                    **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                                      1

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03620, 2:24-cv-03622, 2:24-cv-03625, 2:24-cv-03627, 2:24-cv-03629, 2:24-cv-03632, 2:24-cv-03636, 2:24-cv-03644, 2:24-cv-03645 and 2:24-cv-03646 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated:  January 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2